UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     BETH K. HIRSCH

Case No.: 19-25142/VFP
Chapter: 7
Judge: Vincent F Papalia

## NOTICE OF PROPOSED ABANDONMENT

_Andrew Sklar_, _Chapter 7 Trustee_ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk, US Bankruptcy Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable _Vincent F Papalia_ on _November 19, 2019_ at _10:00_ a.m. at the United States Bankruptcy Court, Courtroom no. _3B_. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 49 SHARP STREET N, MILLVILLE, NJ (FMV: $206,000.00)

Liens on property:
$149,802.90 - WELLS FARGO HOME MTG
$9,030.19 - PAYPAL LOAN BUILDER

Amount of equity claimed as exempt: $12,713.69

Objections must be served on, and requests for additional information directed to:

Name: /s/ Andrew Sklar, Chapter 7 Trustee
Address: 1200 Laurel Oak Road, Ste 102, Voorhees, NJ 08043
Telephone No.: (856) 258-4050

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-25142-VFP
Beth K Hirsch                                                           Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 2               Date Rcvd: Oct 16, 2019
                              Form ID: pdf905           Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2019.
```
db            +Beth K Hirsch,    37 Knutsen Dr,    West Orange, NJ 07052-2166
cr           ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company LLC,     P.O. Box 62180,
                 Colorado Springs, CO  80962)
518392035     +American National Farm & Family,    POB 22019,    Albany, NY 12201-2019
518392037    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     Customer Service,    PO Box 982234,
                 El Paso, TX 79998-2234)
518392038      Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
518392040     #Department of Education,    Fed Loan Servicing,    PO Box 530210,    Atlanta, GA 30353-0210
518392042      Ford Credit,    PO Box 220564,    Pittsburgh, PA 15257-2564
518392046     +Ocean First Bank,    Cardmember Services,    POB 790403,    Saint Louis, MO 63179-0403
518392047      One Place Capital,    920 Center Creek Drive,    Fairmont, MN 56031
518392049     +Patterson Veterinary Supply,    28905 Network Place,    Chicago, IL 60673-1289
518392051     +Paypal Loan Builder,    Swift Financial,    3505 Silverside Road,    Wilmington, DE 19810-4905
518392052     +Raymond Fox,    49 Sharp St. N.,    Millville, NJ 08332-2407
518392053     +Robert Newman Bv Sc,    2219 Sanford Drive,    Vineland, NJ 08361-6858
518392054     +State of New Jersey,    Division of Taxation,    CN 249,    Trenton, NJ 08602-0249
518392055     +Subaru Motors Finance,    c/o Chase,    P.O. Box 78232,    Phoenix, AZ 85062-8232
518392056     +Susan Lewis,    3995 Ivywood Drive,    Amelia, OH 45102-7515
518392058    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,     POB 5855,    Carol Stream, IL 60197)
518392057     +Tomlin Bros., Inc.,    Auto Body & Fender Repair,    996 Steep Run Road,
                 Millville, NJ 08332-7537
518392059     +Universal Imaging,    299 Adams Street,    Bedford Hills, NY 10507-1905
518392060     +WaWa Flex Card,    WEX Bank,    POB 6293,    Carol Stream, IL 60197-6293
518392061     +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335
518392062     +Wells Fargo Home Projects,    PO Box 71118,    Charlotte, NC 28272-1118
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 17 2019 00:21:13      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 17 2019 00:21:09      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr            +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2019 00:16:13
                 Synchrony Bank c/o PRA Receivables Management, LLC,     PO BOX 41021,    Norfolk, VA 23541-1021
518392036     +E-mail/Text: g20956@att.com Oct 17 2019 00:21:46      AT&T Mobility,    PO Box 6463,
                 Carol Stream, IL 60197-6463
518392039     +E-mail/Text: documentfiling@lciinc.com Oct 17 2019 00:19:56      Comcast Business,
                 One Comcast Center,    1701 JFK Blvd.,    Philadelphia, PA 19103-2899
518392041      E-mail/Text: mrdiscen@discover.com Oct 17 2019 00:20:04      Discover Card,    PO Box 30943,
                 Salt Lake City, UT 84130
518392043      E-mail/Text: cio.bncmail@irs.gov Oct 17 2019 00:20:23      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
518392045     +E-mail/Text: electronicbkydocs@nelnet.net Oct 17 2019 00:21:16      Nelnet, Inc.,    PO Box 2970,
                 Omaha, NE 68103-2970
518392050     +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2019 00:17:24      Paypal Credit,    PO Box 71202,
                 Charlotte, NC 28272-1202
518394207     +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2019 00:17:31      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518392044*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,     Special Procedures,
                 955 So. Springfield Avenue,    Springfield, NJ 07081)
518392048*     One Place Capital,    920 Center Creek Drive,    Fairmont, MN 56031
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-2          User: admin              Page 2 of 2             Date Rcvd: Oct 16, 2019
                              Form ID: pdf905          Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2019 at the address(es) listed below:
          Andrew   Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
          Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
           njbankruptcynotifications@logs.com
          John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company LLC
           ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Kenneth L. Baum    on behalf of Creditor    OnePlace Capital kbaum@kenbaumdebtsolutions.com,
           fpisano@coleschotz.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Scott S. Rever    on behalf of Debtor Beth K Hirsch srever@wjslaw.com,
           srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
          Scott S. Rever    on behalf of Debtor    Stepping Stones Veterinary Wellness LLC srever@wjslaw.com,
           srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```