**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Beth K Hirsch** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5534 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–25142–VFP | |

# Order of Discharge                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Beth K Hirsch

<u>11/8/19</u>                                                   **By the court:**   <u>Vincent F. Papalia</u>
                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Beth K Hirsch  
    Debtor

Case No. 19-25142-VFP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2     Date Rcvd: Nov 08, 2019  
                    Form ID: 318     Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2019.

```
db              +Beth K Hirsch,    37 Knutsen Dr,    West Orange, NJ 07052-2166
518392035       +American National Farm & Family,    POB 22019,    Albany, NY 12201-2019
518392040       #Department of Education,    Fed Loan Servicing,    PO Box 530210,    Atlanta, GA 30353-0210
518392046       +Ocean First Bank,    Cardmember Services,    POB 790403,    Saint Louis, MO 63179-0403
518392047        One Place Capital,    920 Center Creek Drive,    Fairmont, MN 56031
518392049       +Patterson Veterinary Supply,    28905 Network Place,    Chicago, IL 60673-1289
518392051       +Paypal Loan Builder,    Swift Financial,    3505 Silverside Road,    Wilmington, DE 19810-4905
518392052       +Raymond Fox,    49 Sharp St. N.,    Millville, NJ 08332-2407
518392053       +Robert Newman Bv Sc,    2219 Sanford Drive,    Vineland, NJ 08361-6858
518392054       +State of New Jersey,    Division of Taxation,    CN 249,    Trenton, NJ 08602-0249
518392055       +Subaru Motors Finance,    c/o Chase,    P.O. Box 78232,    Phoenix, AZ 85062-8232
518392056       +Susan Lewis,    3995 Ivywood Drive,    Amelia, OH 45102-7515
518392057       +Tomlin Bros., Inc.,    Auto Body & Fender Repair,    996 Steep Run Road,
                 Millville, NJ 08332-7537
518392059       +Universal Imaging,    299 Adams Street,    Bedford Hills, NY 10507-1905
518392060       +WaWa Flex Card,    WEX Bank,    POB 6293,    Carol Stream, IL 60197-6293
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 09 2019 00:05:08      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 09 2019 00:05:05      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr               EDI: FORD.COM Nov 09 2019 04:28:00      Ford Motor Credit Company LLC,    P.O. Box 62180,
                 Colorado Springs, CO  80962
cr              +EDI: RMSC.COM Nov 09 2019 04:33:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
518392036       +EDI: CINGMIDLAND.COM Nov 09 2019 04:28:00      AT&T Mobility,    PO Box 6463,
                 Carol Stream, IL 60197-6463
518392037        EDI: BANKAMER.COM Nov 09 2019 04:33:00      Bank of America,    Customer Service,    PO Box 982234,
                 El Paso, TX 79998-2234
518392038        EDI: CHASE.COM Nov 09 2019 04:28:00      Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
518392039       +EDI: COMCASTCBLCENT Nov 09 2019 04:33:00      Comcast Business,    One Comcast Center,
                 1701 JFK Blvd.,    Philadelphia, PA 19103-2899
518392041        EDI: DISCOVER.COM Nov 09 2019 04:28:00      Discover Card,    PO Box 30943,
                 Salt Lake City, UT 84130
518392042        EDI: FORD.COM Nov 09 2019 04:28:00      Ford Credit,    PO Box 220564,
                 Pittsburgh, PA 15257-2564
518392043        EDI: IRS.COM Nov 09 2019 04:33:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
518392045       +E-mail/Text: electronicbkydocs@nelnet.net Nov 09 2019 00:05:11      Nelnet, Inc.,    PO Box 2970,
                 Omaha, NE 68103-2970
518392050       +EDI: RMSC.COM Nov 09 2019 04:33:00      Paypal Credit,    PO Box 71202,
                 Charlotte, NC 28272-1202
518394207       +EDI: RMSC.COM Nov 09 2019 04:33:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518392058        EDI: TFSR.COM Nov 09 2019 04:28:00      Toyota Financial Services,    POB 5855,
                 Carol Stream, IL 60197
518392061       +EDI: WFFC.COM Nov 09 2019 04:28:00      Wells Fargo Home Mortgage,    PO Box 10335,
                 Des Moines, IA 50306-0335
518392062       +EDI: WFFC.COM Nov 09 2019 04:28:00      Wells Fargo Home Projects,    PO Box 71118,
                 Charlotte, NC 28272-1118
                                                                                               TOTAL: 17

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518392044*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,    Special Procedures,
                 955 So. Springfield Avenue,    Springfield, NJ 07081)
518392048*       One Place Capital,    920 Center Creek Drive,    Fairmont, MN 56031
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Nov 08, 2019
                               Form ID: 318             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2019                                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2019 at the address(es) listed below:
          Andrew    Sklar    andy@sklarlaw.com,    NJ43@ecfcbis.com;dolores@sklarlaw.com
          Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
           njbankruptcynotifications@logs.com
          John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company LLC
           ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Kenneth L. Baum    on behalf of Creditor    OnePlace Capital kbaum@kenbaumdebtsolutions.com,
           fpisano@coleschotz.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Scott S. Rever    on behalf of Debtor Beth K Hirsch srever@wjslaw.com,
           srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
          Scott S. Rever    on behalf of Debtor    Stepping Stones Veterinary Wellness LLC srever@wjslaw.com,
           srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
          Sindi    Mncina    on behalf of Creditor    JPMorgan Chase Bank, N.A. smncina@rascrane.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 9
```